**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LANIER CORBIN**                                                                        **PLAINTIFF**

**v.**                                       **CASE NO. 4:23-CV-00820-BSM**

**UNITED PARCEL SERVICE, INC.**                                          **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of October, 2025.

UNITED STATES DISTRICT COURT